**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER WILLIAMS, individually, and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) ) v. ) ) JACKSON PARK SLF, LLC, ) ) Defendant. ) | Case No. 19-cv-08198 Honorable Mary M. Rowland |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Named Plaintiff, Christopher Williams, individually and on behalf of all others similarly situated, by and through undersigned counsel, hereby voluntarily dismisses his claims against Defendant, Jackson Park SLF, LLC.

Dated: December 3, 2020                                  Respectfully submitted,

                                                                          */s/ Catherine T. Mitchell*_____

                                                                          Ryan F. Stephan
                                                                          Catherine T. Mitchell
                                                                          **STEPHAN ZOURAS, LLP**
                                                                          100 N. Riverside Plaza, Suite 2150
                                                                          Chicago, Illinois 60606
                                                                          312-233-1550
                                                                          rstephan@stephanzouras.com
                                                                          cmitchell@stephanzouras.com

                                                                          **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on December 3, 2020, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                                                                         */s/ Catherine T. Mitchell*